

## la_cabra_83   Follow  ...

266 posts     970 followers     919 following

**BaccWest_TRU**
U gotta be humble or that's a lesson life will teach you 🥀 bulletproof loyalty ET





**Highlights**     **Highlights**

 POSTS        TAGGED











August
3rd goin
bacwest





## la_cabra_83

**Follow**

266 posts    970 followers    919 following



**la_cabra_83** • Follow

**la_cabra_83** When itz over line me with the greats when it was war time I did wateva it takes when the set was starving I delivered the plates #WORTHY Baccwest Ryda

1d

**officiallyfinesse** #Pressure

1d   Reply

**queen_83_savage**

1d   Reply

**kgotti83**

1d   Reply

89 likes

1 DAY AGO

Add a comment...   Post





**August 3rd goin bacwest**

la_cabra_83

**266** posts   **970** followers   **919** following



la_cabra_83 • Follow

la_cabra_83 I Extend my 3 fingerz to the Land #DubLuv I got some Energy for the cuZ and #Jlok when I touch down #August 3rd #AngryThirdz

1w

pd_thadon 👌🏽💯🔥

1w   1 like   Reply
—   View replies (1)

49 likes

JULY 22

Add a comment...                    Post





la_cabra_83   Follow

266 posts   970 followers   919 following





la_cabra_83 • Follow

la_cabra_83 Bac to the program

2w

pd_thadon ⬛⬛⬛

2w   Reply
—— View replies (1)

bylug_chizz ⬛⬛

2w   Reply
—— View replies (1)

leek_blacc3x Thought niggas going Ny

2w   Reply
—— View replies (1)

66 likes

JULY 16

Add a comment...   Post







la_cabra_83   Follow ▾   ...

266 posts     970 followers     919 following



la_cabra_83 • Follow   ...

la_cabra_83 #ØnMitch I never miss the target

2w

freeband_junkie_ Teach these niggas bro.They be shooting squirrels n roaches 🟥🟥🟥🟥

2w   Reply
——   View replies (3)

56 likes
JULY 14

Add a comment...   Post





August
3rd goin
bacwest

**la_cabra_83**  Follow ▾  …

266 posts    970 followers    919 following



la_cabra_83 • Follow     …

la_cabra_83 I remember being on Frederick ave at the light 2 cars pulled up sent 50 shots hit my car 30timez they thought they killed me I lef with out a scratch lord knows I'm blessed but Rest In Peace to them niggas

2w

⊕

queraxckz 👊🏾    ♡
2w  1 like  Reply

hiltonboy.mike 🖤    ♡
2w  1 like  Reply

82 likes
JULY 13

Add a comment…    Post







la_cabra_83   **Follow** ▾ …

266 posts     970 followers     919 following



la_cabra_83 • **Follow**
Baltimore and Hilton

la_cabra_83 I can say alot but I rather not 🤐 #onMITCH

2w

methree.3x 🐍~~~

2w   Reply

___finney___ 🐍ITCHDaDønWay MiTCh Day coming up #7/17 🐐🖤🕊🖤

2w   Reply

_doughq Captions be 💯 rs @la_cabra_83 👊🏾‼️

2w   1 like   Reply

♡ ◯ ↰                              🔖

74 likes

JULY 12

Add a comment…                    Post





August 3rd goin bacwest

MITCH

la_cabra_83

**Follow**

266 posts    970 followers    919 following



la_cabra_83 • Follow

la_cabra_83 How I look at niggas not in my circle that speak to me #MANiDONTfucWITHuNIGGAZ niggas in Baltimore quick to tell u Rd I love u bro I don't even kno u fuc away from me

3w

hoeslove_lorcorey 💯
3w  1 like  Reply

mrhityour8itch 👊🔫💔🔪🔫
3w  1 like  Reply

kstreet_greezy If it ain't k or tr3y we don't trust ya 💯 @la_cabra_83

88 likes
JULY 7

Add a comment...                    Post









la_cabra_83    Follow    ▾    •••

**266** posts    **970** followers    **919** following

We hope you are enjoying your cruise onboard the beautiful Norwegian

This is regarding your debarkation process on **June 24th, 2019.**
States Customs Border Patrol requested to have you presented upo
Miami for secondary inspection.

To comply with the United States CBP, we kindly ask you to proceed
Service Desk at **06:30 AM WITH ALL YOUR LUGGAGE.**

With this letter is the room service breakfast menu that we can arr
between 05:30am-06:00am on debark morning. Please turn the B
Form to Guest Services no later than 8:00pm on the last night of the

Should you have any questions, kindly contact Guest Services at
any time.

Sincerely yours,

*[signature]*

Ray-An Juan
Guest Service Assistant Manager



**la_cabra_83 · Follow**    •••



**la_cabra_83** So I'm a day away from
Miami yesterday get a call den a letter
under my door saying be4 I get off the
ship authorities in Miami want me to
go up for a second inspection #Smh
wish these police leave me alone I'm
outta town on vacation still gotta deal
wit this shit wat u think I'm tryna bring
something bac on a boat I move
better den that fool

5w



**_fattkatt_** Smh that's crazy    

5w    Reply



**shakeyshakez** Oh you moving
weight weight    

     

**23 likes**
JUNE 24

Add a comment...    



la_cabra_83   Follow  ▾  •••

266 posts    970 followers    919 following



la_cabra_83 • Follow   •••

la_cabra_83 These niggas jus talk they don't mean it my niggas be walking wit Demons ♠ we lay in yah bush n the treez wait to u come out the door light that bitch up like the fourth I do this chit for the 3 @bylug_chizz

7w

bylug_chizz Already fool

7w   Reply

192 views

JUNE 11

Add a comment...                  Post





la_cabra_83
Follow

266 posts    970 followers    919 following

 la_cabra_83 • Follow

 la_cabra_83 3
8w

 kstreet_greezy 💯
8w   Reply

    

63 likes
JUNE 1

Add a comment...        Post





la_cabra_83    Follow    ...

266 posts        970 followers        919 following



 **la_cabra_83** • Follow    ...

 **la_cabra_83** Mitch Da Don sup lor cuzzz Im still standing on everything as promised Itz only us

9w

 **__finney___** Loyalty 83fore Royalty ☝🏽🖤👌🏽

9w    Reply

♡  ○  ⬆️                                          🔖

**50 likes**

MAY 26

Add a comment...                                  Post



la_cabra_83   Follow

266 posts     970 followers     919 following




la_cabra_83 • Follow


la_cabra_83 Sometimes the only way for peace iz war #83LawzØfPower

9w

    

65 likes
MAY 25

Add a comment...                     Post



la_cabra_83   Follow   ...

**266** posts      **970** followers      **919** following




 la_cabra_83 · Follow      ...

la_cabra_83 Itz real men that sacrificed they life for wat we stand for don't let they mind name an soul go in vain #Free my big bro the one introduce me to the bDuB love iz love lok ukno I'm make u proud on Eighty 3 ... Baccwest bizznez #BigBizzzLøk.1 😺↩3

11w

⊕

cak3n_hx3s M8v3n      ♡

11w   1 like   Reply

wink_3x Free bizzz      ♡

♡ ○ ↑      🔖

**99 likes**

MAY 13

Add a comment...      ⇕ Post

la_cabra_83   **Follow**   ...

**266** posts       **970** followers       **919** following



**People be so mad when they leave you for dead & you don't die ..**



la_cabra_83   Follow   ▾   ...

266 posts        970 followers        919 following



 la_cabra_83 • Follow   ...

la_cabra_83 A Mitch I'm sorry I wasn't der that chit cut me deep 🐐🐱😿

11w

55 likes
MAY 10

Add a comment...        Post



la_cabra_83   Follow   ▾   •••

266 posts     970 followers     919 following

 la_cabra_83 • Follow   •••

 la_cabra_83 Everybody act like they wanna be a gangsta do u really kno a gangsta life ukno how it feel not be able to take ur child certain places cause all the dirt u den did ukno how it feel to break off friendships with ppl to make sure they safe ppl u love ukno how it feel to really lay chit down year for year block for block hood for hood ukno how lonely chit get being a gangsta u willing to go do life for this lifestyle i live this life everyday I never had a child hood growing up I was to busy risking my life for a name u niggas need focus on being a man that's the new gangsta cause this chit for the birds don't follow ur life behind me cause itz more to it den ur eyes can see

     

84 likes

MAY 8

Add a comment...   







la_cabra_83 · Follow

266 posts    970 followers    919 following

la_cabra_83 · Follow    •••

la_cabra_83 Still ain't been to my lor cuz grave yet my mind ain't set on closure itz over when I say itz over #MitchDaDøn love you kid #3TimezFøMITCH

14w

kstreet_greezy 👆🏽☝️💜🕊️💯

14w    Reply

nochill_slicc37 💯📿#nobrakes

14w    Reply

mr_no_8rakes2.1 💙📿📿

14w    Reply

79 likes

APRIL 20

Add a comment...    Post



la_cabra_83   Follow   ⌄   •••

266 posts   970 followers   919 following



la_cabra_83 • Follow   •••

la_cabra_83 #smuppyG it's different when u move how u rap @humble_beast03 we war wit anybody only man we fear iz god 🔥💧💧

15w

scrappy_g112 💧💧💧💧💧💧💧   ♡

15w   1 like   Reply

23way_checkmate_tl Naw naw 💯💯🤝💜   ♡

15w   1 like   Reply

—— View replies (1)

blackfranko_f.g.o Gas💧 3rd   ♡

♡ ◯ ⬆   🔖

132 views

APRIL 15

Add a comment...   ⌄ Post



la_cabra_83   Follow   ▾   •••

266 posts      970 followers      919 following

0:54

la_cabra_83 • Follow   •••

la_cabra_83 U can buy gunz but u can't buy heart ... that storm on its way bac around #war

15w

gr59vy_hatch Who Ever That Is Burnt This I Listened To This 12x Since I Seen It 💧💧💧

15w   Reply

—— View replies (2)

lorknocks 💧💧💧

15w   Reply

wb_uncleboney1500 @gcandchizz 🖤💧

167 views

APRIL 15

Add a comment...   Post



la_cabra_83 Follow  ...

266 posts 970 followers 919 following



 la_cabra_83 • Follow ...

 la_cabra_83 My 3 come str8 home an been active since walking out that jam state to state the way we move on a 3rd mission love you foreva nigga @3x_the_trouble proud of you ✌️☝️one gang one mission Protect the division #83rdFamily #ETG

15w

 mrbluestoneside ✌️☝️ 

15w 1 like Reply

View replies (3)

  

57 likes

APRIL 12

Add a comment...



la_cabra_83   Follow   ...

266 posts    970 followers    919 following

la_cabra_83 • Follow   ...

la_cabra_83 I'm still hurt 3 that shit still hurting me that sacrifice waz pose be mine anyday for this family I'll die #war

16w

nyjahmother 🔫🔪🔫🔪🔫🔪🔫🔪🔫🔪🔫🔪🔫🔪□□🔪□

16w   Reply

lornino22 Love u cuz @tru_da_war_general

16w   Reply

wb_uncleboney1500 🏆

16w   Reply

116 likes
APRIL 7

Add a comment...   Post





la_cabra_83

Follow

266 posts  970 followers  919 following

la_cabra_83 • Follow

la_cabra_83 We was taught keep yah heart cold an yah pistol close #TheEnforcer

17w

nochill_slicc37 What song that is bro

17w  Reply

—— View replies (2)

wb_uncleboney1500 Solid ♟️✝️🔑‼️Remain Dangerous ‼️

17w  Reply

n8rm3ndie_bdubbin Keep it gangsta bdubs. Tray love

367 views

APRIL 1

Add a comment...  Post



la_cabra_83    Follow

266 posts     970 followers     919 following



 la_cabra_83 • Follow    •••

 la_cabra_83 Ikno these niggaz wanna murder me thatz fine but if I die the score still ( 83-1)... #3rdWar

17w

 n8rm3ndie_bdubbin Gray flag bangin. 1983

17w   2 likes   Reply
—— View replies (1)

 ___finney___ #Undefeated3 

17w   Reply

 poo_wop I love you son ▢    

17w   Reply

  

64 likes
MARCH 29

Add a comment...     Post



la_cabra_83   Follow   ▾   ···

**266** posts   **970** followers   **919** following

la_cabra_83 · Follow   ···

la_cabra_83 even tho jus talk to 3 Happy cday again to the Baccwest general been long time having a birthday home so enjoy that 3 🎂🍾 @baccwest_fingerz83g bulletproof loyalty

18w

bylug_chizz Happy Gday big 3
18w   1 like   Reply

chillymik3_ Nappy Cday dub.
18w   1 like   Reply

fussofthecity 🫰🏿💜🫰🏿 3x
18w   1 like   Reply

**86 likes**

MARCH 25

Add a comment...   Post



la_cabra_83    Follow

266 posts     970 followers     919 following

 la_cabra_83 • Follow                    ...

 la_cabra_83 #tbt Kstreet to the death
of me I'm glue it all bac together this
summer mandatory... remember my
first pack .C told me be4 I go buy sum
shoes buy a tool I been strap seens
that day forever love that nigga
#Hilton

19w

 kstreet_greezy Kstreet 🖐🏾👌🏾♥️🤞🏾  

19w   1 like   Reply
——   View replies (1)

 fussofthecity Kz & 3z 🖐🏾👌🏾♥️🤞🏾   

19w   Reply
——   View replies (1)

                    

75 likes
MARCH 14

Add a comment...                          



la_cabra_83

266 posts 970 followers 919 following

la_cabra_83 • Follow ···

la_cabra_83 I love that Gang energy "A Lok " i been to every state ikno of were ETG at ukno wat type chit we can really do if we all waz on 1 accord do u really understand that ...OKILL if not leave it up to 3 I'm BDUB but I only believe in 1 cide it's one mission protect our Division #ETG #DaGøaT #Gtru

20w

heatlokm8v3n M8V3N GanG

20w 1 like Reply
—— View replies (1)

rainnmanjr_83 M8v3n like us.

20w Reply

77 likes
MARCH 10

Add a comment... Post

la_cabra_83 Follow

**266** posts **970** followers **919** following





la_cabra_83 • Follow

**la_cabra_83** They misleading you ...a nigga who never put in work trying teach u ..a nigga who never even had 20k saying he goin feed u #SheepLeadingSheep

20w

**ynpwillie__x2** Say the same shit cuhz‼🗙🗙♂

20w   1 like   Reply
—— View replies (2)

**rosie_love_business** 💅🗙

20w   Reply
—— View replies (2)

**58 likes**

MARCH 8

Add a comment...                    Post

la_cabra_83 Follow

266 posts    970 followers    919 following



 la_cabra_83 • Follow
Virginia/North Carolina State Line

•••

 la_cabra_83 If u from Baltimore Hilton n you ever been city jail or the system u say u from there they goin ask u bout TRU crip nigga rather they hate me or got luv for me u goin hear that Respect in they voice that'z factz they all tell my War story's I never lost I move like a vet when it's war u will never see me but I allways see u I control the temperature u don't gotta ask bout me cause they already talk #souljalifementality #onMITCH

22w

 poo_wop 🔲🔵🔲👌



22w    Reply
——    View replies (1)

      

89 likes
FEBRUARY 20

Add a comment...     Post





la_cabra_83   Follow

266 posts    970 followers    919 following

la_cabra_83 · Follow

la_cabra_83 You become a threat
when u don't let the world influence u
#Traybizznez we don't get along with
others it's the world against my
brotherz #souljalifementality

24w

ashrarebreed 😊🙏

24w   2 likes   Reply
——   View replies (1)

mrbluestoneside 👊🏾💯🙌

24w   1 like   Reply
——   View replies (1)

cgr_project_baby1 👊🏾💪🙌

108 likes

FEBRUARY 8

Add a comment...          Post




la_cabra_83

**266** posts  **970** followers  **919** following



la_cabra_83 • Follow  •••

la_cabra_83 #tbt. 2006 I changed the block foreva nobody could come on kstreet I made niggas in the hxxd respect the young niggas an I changed the set foreva I didn't look to the set for protection I BECAME THE 1 THAT DID THE PROTECTING till this day #BaccWest RYDA I carry the set on my bac my family on my bac living sacrifice #souljalifementality #bulletproofloyalty Gtru #gøatbiznezz

24w

fussofthecity They don't know our sacrifices over 10 years in this shit seen it all done it all 🐐

24w  1 like  Reply

**122 likes**
FEBRUARY 7

Add a comment...  Post



la_cabra_83   Follow   ...

266 posts     970 followers     919 following

la_cabra_83 · Follow   ...

la_cabra_83 3 timez for Mitch keep watching lor cuz don't miss the show fool #3rdWar #bulletproofloyalty

27w

names_finney__ Cause it's just Beginning ⓥitch. Love you Bigg Cuzz @hatian_tru 🦅❤️ ⓥ&ⓥ 🕊 #MyCityIsHaunted❌♂️ #BROTHERLYLOVE❌ #EverythingMitch🏆 #MitchDaDon❌❌ #MitchStrong💪❌ #MD3❤️ #MoneyMakingMitch🤑 #TheMitchWay❌ #NeverForgive🤦❌♂️ #NeverForget🤦❌♂️ #ItsOnlyUs🕊 #ThemFinneys✝️ #PrayForUs🙏❌

77 likes

JANUARY 23

Add a comment...                Post





la_cabra_83

Follow

266 posts    970 followers    919 following

la_cabra_83 · Follow    ...

la_cabra_83 How do u kill a man that's not scared to die u gotta go in knowing u might not leave alive ☘ now is u that type of souljia #MitchStrong #souljiaLifeMentality ⬤

44w

truehearted_rellyyy 🖤❤️🖤    ♡

44w    1 like    Reply
—    View replies (1)

nbmdon_1 BWO    ♡

44w    1 like    Reply

rosie_love_business 🤙🏿🖤❤️    ♡

44w    1 like    Reply

124 likes
SEPTEMBER 19, 2018

Add a comment...    Post



la_cabra_83

**266** posts    **970** followers    **919** following

la_cabra_83 · Follow    •••

la_cabra_83 Jus got done 8lapz running 8lapz walking did 400 push ups last night doin 300 today how u crip an u ain't fit gotta stay ready I'm not trying motivate nobody but my self I been slacking #Mitch motivate me I'm on a mission lok mind body soul #SelfControll

47w

ynpwillie__x2 PT in affect

47w   1 like   Reply

lorknocks Health is wealth

47w   1 like   Reply

**86 likes**

SEPTEMBER 1, 2018

Add a comment...   Post

la_cabra_83  Follow

266 posts    970 followers    919 following

la_cabra_83 • Follow    •••

when you dealing wit a street nigga, you have to understand you not just dealing wit a nigga that carry guns and sell drugs... you're dealing wit an emotionally disappointed man ! a man that has taken ultimate losses.. friends, family and freedom... a man who has endured pain you couldn't imagine & has spent a lifetime trying to hide it wit clothes, money, cars, jewelry.. etc. A man that has been disappointed by every form of love that exists .. all i'm saying 💅 dnt b so quick to judge a street nigga cus you have no idea of the battles he fought 👊

la_cabra_83 Tru indeed
48w

boy_jerk 💯                               ♡
48w  Reply

bylug_chizz 💯k                          ♡
48w  Reply

mamiloc_a Much needed                   ♡
#wisdom
47w  Reply

♡  ○  ↑                                    🔖

49 likes
AUGUST 29, 2018

Add a comment...                       Post



266 posts    970 followers    919 following

 la_cabra_83 • Follow

 la_cabra_83 How many niggas outta state really been to they set they claim I been to LA in the 80z my first trip i took by my self not knowing wat would happen but I'm a real one an I take wat come wit It i go diffrent city's n states to interact wit my homies I made this shit family building my own legacy s/o my nigga @real_nba1 from set I fuc wit 3 @baccwestboyz @rara1_et @lil_sodi baby grump an the homie jlok tip got to meet cuz he welcome me in his house foreva love 💚💛 80z keeway #BWtru also s/o my Ny family @rainnmanjr_83 an my lok bizzz free 3 drama an my NS 3 from Memphis TrayT I am Eight tray I'm that everywhere I go ask my enemies an homies wat I do for this shit can't

   

62 likes
AUGUST 26, 2018

Add a comment...                     Post



la_cabra_83

266 posts    970 followers    919 following

la_cabra_83 • Follow    •••

la_cabra_83 My nigga souljia caught life plus 22 he looked up to me 🌐 my lor cuzzin got killed in a hood I ran thinking I would always protect him but I was nowhere around to protect him my advice is to not look up to me I'm a real demon some how fedz can't catch me an bluffin enimes can't kill me y the fuc I'm still here

49w

kstreet_greezy 💯

49w   1 like   Reply

130 likes

AUGUST 19, 2018

Add a comment...                    Post



la_cabra_83

266 posts    970 followers    919 following

la_cabra_83 • Follow    •••

la_cabra_83 I can call sum killaz from outta state 🤷‍♂️or do sum drilling den go outta state 🔫💥 #ETG GGN

51w

farrwest_m8v3n_83 Xn M8v3n 3rd sTraighT like ThaT !! #M8v3Xrdie

51w   Reply

__capo3x M8v3nk

51w   Reply

63 likes
AUGUST 4, 2018

Add a comment...                    Post



la_cabra_83   Follow

266 posts    970 followers    919 following





la_cabra_83

266 posts     970 followers     919 following



la_cabra_83 • Follow     ···

63 likes
AUGUST 3, 2018

Add a comment...     Post



la_cabra_83 • Follow

la_cabra_83 They get stuck on my aggressiveness 🔪❌that leads them to underestimate❌❌♂️me cause they fail to recognize my intelligence 💡❌♂️haven't made it this long being a fool I have always been smarter den they assume 🐕💀↑ #Gtru 👊#TreyMønsta

53w

bylug_chizz Caption 🔪❌

53w   1 like   Reply
—— View replies (1)

kstreet_greezy 🙏❌💜🕊️❌

53w   1 like   Reply
—— View replies (1)

70 likes
JULY 22, 2018

Add a comment...                    Post



la_cabra_83

266 posts    970 followers    919 following

la_cabra_83 • Follow

la_cabra_83 Tell the oppz I apologize I'm still here no need to party maybe next time fool

54w

kgotti83 Lmgcaø 2.1

54w   2 likes   Reply

loyal_ 😂👌😂😂

54w   2 likes   Reply

_juane__ 👌🏾□100💜

54w   2 likes   Reply

kforkaleah Your daughter and goddaughter need you 👶🏽□👶🏽□

79 likes

JULY 16, 2018

Add a comment...            Post



la_cabra_83

266 posts  970 followers  919 following

la_cabra_83 • Follow

la_cabra_83 Difference between us an the Øppz we genuinely care for each other a brotherhood of men that go all out for each other u can't teach that Love iz Love #Tr3yMonsta

54w

boobie_shines Factz💯

54w  Reply

314_wanda Truuuuuuu

54w  Reply

__finney__ 🐐🖤🐍🔪💥🔪💥🔫

54w  Reply

69 likes

JULY 15, 2018

Add a comment...  Post



la_cabra_83    Follow

266 posts     970 followers     919 following



# Move in silence, Only speak When it's time to sa Checkmate.

MOTIVATIONAL._QUOTES._07

la_cabra_83 • Follow

la_cabra_83 Tru indeed

55w

__finney___ Indeed Tru!!! 🫰fa



55w   1 like   Reply



44 likes

JULY 8, 2018

Add a comment...





266 posts    970 followers    919 following

la_cabra_83 · Follow    ···

la_cabra_83 I love u fool 🤞💜🕊 more actions den words bulletproof loyalty #ItsOnlyUs

55w

cee_3timez 💜🔪📵

55w   1 like   Reply

kstreet_greezy 🤞📵💜🕊📵💯

55w   1 like   Reply

stayreal_stayhumble01 RestInPeace mitch love you cuz ! @tru_unapproachable

55w   Reply

67 likes
JULY 7, 2018

Add a comment...                          Post



la_cabra_83

**266** posts  **970** followers  **919** following

la_cabra_83 • Follow

la_cabra_83 Itz not bout me no man bigger den the 3 when I slide I represent the whole ETG. . A$M but it's #BWS on my end 80z #Keeway 🖤🔪 Grey ragz n T-hatz #MøveØrDie #md3

63w

**bylug_chizz** Bdubzzz

63w  1 like  Reply

**la_cabra_83** 3x

63w  1 like  Reply

**leek_blacc3x** 🖤🔪🔪

63w  Reply

**46 likes**

MAY 16, 2018

Add a comment...  Post




la_cabra_83

266 posts    970 followers    919 following



 la_cabra_83 • Follow    ···

 la_cabra_83 Same shit that made the streetz love me iz da same shit that made the streetz hate me #GøønBøss #MitchStrong bulletproof loyalty #ANYBODY-K check the score we winning every beef I'm in 🔫

63w

 bylug_chizz ✦    

63w  1 like  Reply

 leek_blacc3x M8v3n bulletproof loyalty👌👏💜👏    

63w  1 like  Reply

 nipsey__6lue 😊👊💯✔💜    

63w  1 like  Reply

     

67 likes
MAY 12, 2018

Add a comment...     Post



la_cabra_83    Follow    ▾    •••

266 posts        970 followers        919 following

la_cabra_83 • Follow                    •••

la_cabra_83 Bac to Cali soon itz almost time to go bac home big menace x lil sodi 🤙🏾 free Baby Diam3nd #AuG3rd AllCidezM8v3n

66w

scrappy_g112 Verr🤙□💚🦋              ♡

66w    1 like    Reply

♡   ○   ⬆                              ▢

261 views
APRIL 24, 2018

Add a comment...                      Post

still_tru83



la_cabra_83  [Follow]  ···

266 posts    970 followers    919 following

la_cabra_83 · Follow
Punta Cana                                    ···

la_cabra_83 Lor Bro on the island
enjoying life ☝️🖤🐐 love u foreva 3 all
that pain put in we deserve breaks like
this #GøatBizznez @kgotti83

68w

 leek_blacc3x Yeaaaa 3                    
😂😂☝️🖤🐐

68w   2 likes   Reply

 ___finney___ Yea yu living boi 3x      

68w   3 likes   Reply

 kgotti83 Factz Lok ☝️🖤🐐         
🐐🖤🐐

67w   Reply

♡  ◯  ↑                                          🔖

80 likes
APRIL 11, 2018

Add a comment...                              Post





la_cabra_83  ...

266 posts  970 followers  919 following

 la_cabra_83 • Follow  ...

la_cabra_83 #free CrazyLøk 2 of the most ruthless Trayz no question NSxBW #Keeway.. stay Dangerous

68w





66 likes

APRIL 6, 2018

Add a comment...   Post



la_cabra_83

266 posts    970 followers    919 following



la_cabra_83 • Follow    •••

la_cabra_83 Got 2 trail dates coming up next couple months 2 different cases I'm jus happy to be free right now dk how these white ppl goin play but that's least of my worries I take wat come wit it jus trying work an keep a low profile name got to hot In the streetz I liked it better when nobody knew who I waz the whole set under investigation fedz watching all our moves screening callz having a name in the streetz jus come wit ur every move being watched y'all can have that we really put that pain in an never gain from it #DaGØAT #MitchStrong bulletproof loyalty #HiltonSouljia

70w

94 likes
MARCH 27, 2018

Add a comment...    Post



la_cabra_83  Follow

266 posts    970 followers    919 following

la_cabra_83 • Follow

la_cabra_83 Den had alotta money...
den lost it den ..killed alotta niggaz
den had love 1z murdered ..den did
time got love onez doin life ...den
stayed sølid an still been crossed.. i sit
bac an think iz my lifestyle even worth
it these dayz cause every win is
followed by a loss #DaGØAT
#MitchStrong #bulletproofloyalty💙🐐

72w

x_m4g Facts big fool ⛄❄️🔥❄️

72w   1 like   Reply

leek_blacc3x 🤙❄️💙🔥❄️🔥❄️

72w   1 like   Reply

98 likes
MARCH 9, 2018

Add a comment...                    Post



la_cabra_83

**266** posts    **970** followers    **919** following

 la_cabra_83 • Follow    ...



# Baltimore Named Nation's Most Dangerous City By USA Today

 **la_cabra_83** Tell the judge I couldn't budge it was him or it was me .. shit fucked up in the city u gotta kill or be killed

75w

 **hooveegem** This pic looks like the view from D.X.C

75w    1 like    Reply

—— View replies (1)



**38 likes**

FEBRUARY 20, 2018

Add a comment...     Post